**LARRY SHEEHAN**
Attorney at Law
177 East 161st Street
Bronx, New York 10451
Office Phone: (718) 913-0168
Cell Phone: (917) 417-0490
Email: Larry-nicky@att.net

March 9, 2020

Honorable Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Ciphas Belfon
    19 Cr. 375

Dear Judge Seibel,

    Please be advised that the above matter is scheduled for a plea on March 11, 2020. My client called me this morning and indicated he does not have the funds to travel from Florida to New York. He will be have the airfare next week. I spoke with chambers and was told that Wednesday, March 25th at 3:45pm is available. Accordingly, I am requesting that date for the plea hearing. Ausu Emily Deininger has no objection to this request.

    If you have any questions please do not hesitate to contact the undersigned.

Sincerely,

*Larry Sheehan*
Larry Sheehan

LS/ss

---

**Plea proceeding adjourned to 3/25/20 at 3:45 pm.**

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

3/9/20