UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

United States of America,

-against-

**NOTICE OF COURT
CONFERENCE**

7:19-CR-00375 (CS)

Cliphas Belfon (2), Colin Burnett (3), Nicholas Dixon (4),
Besar Ismaili (5), Steven Klein (6), Lashaumba Randolph (8),
                                                    Defendant(s).
-------------------------------------------------------------------------X

A Status Conference is scheduled for **April 6, 2020 at 11:30 a.m. (via telephone only)** before

the Honorable Cathy Seibel at the Charles L. Brieant United States District Courthouse, 300

Quarropas Street, White Plains, New York 10601 in Courtroom 621. Pursuant to Judge Seibel's

Emergency Individual Rules and Practices in light of COVID-19, last revised on March 19,

2020, the parties are directed to attend by phone using the following information:

Toll-Free Tele-conference number: **(877) 336 – 1839** to call in and enter access code: **1047966#**.


The parties should call in from a landline phone (if possible), announce their last name(s) before

addressing the Court at any time during the call, and mute their lines when not speaking.


                                        /s/ Walter Clark, Courtroom Deputy


Dated:  April 2, 2020
            White Plains, New York