UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

United States of America,

                                  Notice of Adjournment
                                      of Sentencing

-against-

                                7:19-CR-00375 (CS) (2)

Cliphas Belfon,
                            Defendant(s).
-----------------------------------------------------------------X

The Sentencing previously scheduled before this Court for **October 22, 2020 at 10:00 a.m.** is adjourned to **October 27, 2020 at 12:00 p.m.** in Courtroom 621 of the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601.

                                          /s/ Walter Clark, Courtroom Deputy

Dated: August 12, 2020
      White Plains, New York