Sentencing adjourned to 1/6/21 at 2:30 pm.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

10/5/20

# MURPHY & McGONIGLE
### A Professional Corporation

Email: sfeldman@mmlawus.com
Direct: 212.880.3988
Facsimile: 212.880.3998

1185 Avenue of the Americas
Floor 21
New York, NY 10036

October 5, 2020

**Via ECF**

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:  *United States* **v.** *Cliphas Belfon*__**, 19 Cr. 375 (CS)**__

Dear Judge Seibel:

  We are counsel for defendant Cliphas Belfon in the above referenced matter. We write to request an approximately two-month adjournment of Mr. Belfon's sentencing, which is currently scheduled for October 27, 2020. The Government has no objection to this request.

  As the Court is aware, Mr. Belfon resides in Florida. According to the New York State Coronavirus website,[1] Florida is currently listed as one of the restricted travel states. If he travels to New York, this will require Mr. Belfon to quarantine for 14 days upon his arrival. Because he is out of work and otherwise lacks financial resources, Mr. Belfon lacks the funds to pay for a hotel room and food to permit him to quarantine in New York for two weeks. In addition, we believe it would not benefit Mr. Belfon for his sentencing hearing to take place remotely by video.

  Accordingly, we request an approximately two-month adjournment of Mr. Belfon's sentencing until in or about early January 2021. This is our second request for an adjournment of

---

[1] https://coronavirus.health.ny.gov/covid-19-travel-advisory#:~:text=If%20you%20have%20traveled%20from,for%20requiring%20such%20quarantine. (last visited 10/5/20).

Hon. Cathy Seibel
October 5, 2020
Page 2 of 2

the sentencing date. I communicated with AUSA Emily Deininger regarding this request, and she informs me that the Government has no objection to our request.

                                              Respectfully submitted,

                                              s/ Steven D. Feldman

                                              Steven D. Feldman

cc: All Counsel (via ECF)