UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

       -v.-　　　　　　　　　　　　　　　　ORDER

CLIPHAS BELFON,　　　　　　　　　　　　19-CR-375-2 (CS)

                Defendant.
-------------------------------------------------------x

Seibel, J.

    It is hereby ORDERED that the U.S. Marshals Service arrange for the travel of Defendant Cliphas Belfon from his home in Florida to the White Plains Courthouse for his sentencing on May 27, 2021 at 3:30 pm.

Dated: May 18, 2021
       White Plains, New York

                                          _____
                                          CATHY SEIBEL, U.S.D.J.