UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
United States of America,

                -against-

Cliphas Belfon,

                Defendant.
-------------------------------------------------------X

**ORDER**

19-CR-375-2 (CS)

Seibel, J.

      The Court has previously ordered that the United States Marshals Service arrange for the travel of Defendant Cliphas Belfon from his home in Florida to the White Plains courthouse for sentencing on May 27, 2021 at 3:30 pm. (Doc. 388.) The Marshals Service is directed to pay for cab service to take Mr. Belfon to the airport in Florida and from the airport in New York to the White Plains courthouse, unless the Marshals would prefer to transport Mr. Belfon themselves.

**SO ORDERED.**

Dated: May 25, 2021
       White Plains, New York

_____
Cathy Seibel, U.S.D.J.